UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61236-CIV-COHN/WHITE



SAMUEL L. ANDERSON,

    Petitioner,

v.

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon a Report and Recommendation regarding Petitioner Samuel L. Anderson's pro se Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254 [DE 12]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Petition and the Report and Recommendation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 12] is **ADOPTED**.

2. Petitioner Samuel L. Anderson's pro se Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254 [DE 1] is **DISMISSED** as untimely filed, pursuant to 28 U.S.C. §2244 (d) (1)-(2).

3. All pending motions are **DENIED as moot**. The Clerk of Court is directed

to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30 day of May, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Samuel Anderson, *pro se*
DC# L07650
Moore Haven Correctional Facility
P.O. Box 718501
1900 East State Road 78 NW
Moore Haven, FL  33471

Claudine LaFrance, AAG
Office of the Attorney General
Department of Legal Affairs
1515 North Flagler Drive, #900
West Palm Beach, FL  33401